■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOISES L. RUIZ, Appellant. (Appeal No. 1.) [735 NYS2d 464] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that he was denied effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137, 147). "Viewed as a whole, * * * defense counsel's efforts reflect 'a reasonable and legitimate strategy under the circumstances and evidence presented'" (*People v Tonge,* 93 NY2d 838, 840). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Gorski, JJ.